# UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| RICHARD REMIARD EVENT DESIGN LLC | § | Case No. 17-10797 |
| | § | |
| Debtor | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 04/05/2017. The undersigned trustee was appointed on 04/05/2017.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of         $   84,213.38

    Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 21,922.54 |
| Bank service fees | 832.12 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]        $ | 61,458.72 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011)   *(Page: 1)*

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was  and the deadline for filing governmental claims was . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 7,460.67 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00  as interim compensation and now requests a sum of $ 7,460.67 , for a total compensation of $ 7,460.67 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 0.00 , for total expenses of $ 0.00 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 08/09/2018                    By:/s/Frances Gecker, Trustee
                                         Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Exhibit A

| Case No: | 17-10797 | TAB | Judge: | Timothy A. Barnes | Trustee Name: | Frances Gecker, Trustee |
|---|---|---|---|---|---|---|
| Case Name: | RICHARD REMIARD EVENT DESIGN LLC | | | | Date Filed (f) or Converted (c): | 04/05/2017 (f) |
| | | | | | 341(a) Meeting Date: | 05/19/2017 |
| For Period Ending: | 08/09/2018 | | | | Claims Bar Date: | |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. CHECKING ACCOUNT - CHASE | 2,904.06 | 2,904.06 | | 1,083.38 | FA |
| 2. SAVINGS ACCOUNT - CHASE | 371.84 | 371.84 | | 34.00 | FA |
| 3. DEPOSITS FOR LEASE - PAULINA STORE | 3,937.50 | 3,937.50 | | 0.00 | FA |
| 4. DEPOSITS FOR LEASE - WESTERN STORAGE | 2,628.54 | 2,628.54 | | 0.00 | FA |
| 5. MISC. EVENT HOSTING INVENTORY AND SUPPLIES | 110,000.00 | 110,000.00 | | 80,596.00 | FA |
| 6. OFFICE AND SHOWROOM FURNITURE | 1,600.00 | 1,600.00 | | 0.00 | FA |
| 7. STUDIO PROPS FOR EVENTS | 1,200.00 | 1,200.00 | | 0.00 | FA |
| 8. MISC. TOOLS | 200.00 | 200.00 | | 0.00 | FA |
| 9. SHELVING, CARTS, WHEELS | 4,800.00 | 4,800.00 | | 0.00 | FA |
| 10. AIR CONDITIONER | 300.00 | 300.00 | | 0.00 | FA |
| 11. APPLIANCES | 500.00 | 500.00 | | 0.00 | FA |
| 12. COMPUTERS | 1,600.00 | 1,600.00 | | 0.00 | FA |
| 13. CAMERAS | 1,000.00 | 1,000.00 | | 0.00 | FA |
| 14. COOLER | 1,700.00 | 1,700.00 | | 0.00 | FA |
| 15. IPHOTO WITH LIBRARY | 2,500.00 | 2,500.00 | | 0.00 | FA |
| 16. CASH (u) | 0.00 | 2,500.00 | | 2,500.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values) $135,241.94 $137,741.94 $84,213.38 $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

7/19/18 - TRUSTEE HAS SUBMITTED A TFR FOR REVIEW AND FILING.

6/28/18 - TRUSTEE'S ACCOUNTANT HAS RECTIFIED THE IRS'S CONCERN OVER THE FINAL TAX RETURNS.

4/2/18 - TRUSTEE IS REVIEWING CLAIMS.

3/30/18 - TRUSTEE'S ACCOUNTANT PREPARED TAX RETURNS AND IS AWAITING APPROVAL OF 505(b) REQUEST.

Exhibit A

Initial Projected Date of Final Report (TFR): 12/31/2017      Current Projected Date of Final Report (TFR): 07/01/2018

Case 17-10797 Doc 30 Filed 08/10/18 Entered 08/10/18 14:51:42 Desc Main
Document Page 5 of 13

Page: 1

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| | |
|---|---|
| Case No: | 17-10797 |
| Case Name: | RICHARD REMIARD EVENT DESIGN LLC |
| Taxpayer ID No: | XX-XXX9611 |
| For Period Ending: | 08/09/2018 |

| | |
|---|---|
| Trustee Name: | Frances Gecker, Trustee |
| Bank Name: | Associated Bank |
| Account Number/CD#: | XXXXXX2176 |
| | Checking |
| Blanket Bond (per case limit): | $5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/20/17 | 1 | RICHARD REMIARD DESIGN<br>451 N. PAULINA ST.<br>CHICAGO, IL 60622 | CHECKING ACCOUNT - Asset No. 1 | 1129-000 | $1,083.38 | | $1,083.38 |
| 05/08/17 | 16 | Brandt McCool<br>Richard Remiard Event Design | CASH ON HAND | 1229-000 | $2,500.00 | | $3,583.38 |
| 06/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $3,573.38 |
| 07/10/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $3,563.38 |
| 08/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $3,553.38 |
| 08/10/17 | 5 | HEALTH INDUSTRIAL AUCTION SERVICES<br>508 W. BRITTANY DRIVE<br>ARLINGTON HEIGHTS, IL 60004 | Auction proceeds | 1129-000 | $80,179.00 | | $83,732.38 |
| 08/22/17 | 5001 | AMERICAN AUCTION ASSOCIATES, INC.<br>508 W. Brittany Drive<br>Arlington Heights, IL 60004 | Expenses for Auctioneer; Order dated 8/22/17 | 3620-000 | | $21,891.76 | $61,840.62 |
| 08/28/17 | 2 | Cash Deposit | SAVINGS ACCOUNT | 1129-000 | $34.00 | | $61,874.62 |
| 09/08/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $86.71 | $61,787.91 |
| 10/06/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $88.90 | $61,699.01 |
| 11/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $91.72 | $61,607.29 |
| 12/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $88.64 | $61,518.65 |

| | | |
|---|---|---|
| UST Form 101-7-TFR (5/1/2011) (Page: 5) | Page Subtotals: | $83,796.38 $22,277.73 |

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

Case No: 17-10797
Case Name: RICHARD REMIARD EVENT DESIGN LLC
Taxpayer ID No: XX-XXX9611
For Period Ending: 08/09/2018

Trustee Name: Frances Gecker, Trustee
Bank Name: Associated Bank
Account Number/CD#: XXXXXX2176
Checking
Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/08/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $91.46 | $61,427.19 |
| 01/19/18 | 5 | AMERICAN AUCTION ASSOCIATES, INC. 508 W. BRITTANY DRIVE ARLINGTON HEIGHTS, IL 60004 | Sale of Asset No. 5 | 1129-000 | $417.00 | | $61,844.19 |
| 02/07/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $91.59 | $61,752.60 |
| 02/12/18 | 5002 | INTERNATIONAL SURETIES LTD. Suite 420 701 Poydras Street New Orleans, LA 70139 | Bond No. 016073584 | 2300-000 | | $30.78 | $61,721.82 |
| 03/07/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $82.91 | $61,638.91 |
| 04/06/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $91.64 | $61,547.27 |
| 05/07/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $88.55 | $61,458.72 |

|  |  |  |
|---|---:|---:|
| COLUMN TOTALS | $84,213.38 | $22,754.66 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $84,213.38 | $22,754.66 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $84,213.38 | $22,754.66 |

UST Form 101-7-TFR (5/1/2011) *(Page: 6)*   Page Subtotals:   $417.00   $476.93

Exhibit B

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX2176 - Checking | $84,213.38 | $22,754.66 | $61,458.72 |
|  | $84,213.38 | $22,754.66 | $61,458.72 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $84,213.38 |
| Total Gross Receipts: | $84,213.38 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 17-10797  
Debtor Name: RICHARD REMIARD EVENT DESIGN LLC  
Claims Bar Date:

Date: August 9, 2018

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100 3410 | ALAN D. LASKO & ASSOCIATES P. C. 205 W. Randolph Street Suite 1150 Chicago, IL 60606 | Administrative | First and Final Fee Application | $0.00 | $7,796.20 | $7,796.20 |
| 100 3420 | ALAN D. LASKO & ASSOCIATES P. C. 205 W. Randolph Street Suite 1150 Chicago, IL 60606 | Administrative | First and Final Fee Application - Expenses | $0.00 | $49.63 | $49.63 |
| 100 3620 | AMERICAN AUCTION ASSOCIATES, INC. 508 W. Brittany Drive Arlington Heights, IL 60004 | Administrative | Order dated 8/22/17 | $0.00 | $21,891.76 | $21,891.76 |
| 100 2100 | Frances Gecker FRANKGECKER LLP 325 N. LaSalle Street, Suite 625 Chicago, IL 60654 | Administrative | | $0.00 | $7,460.67 | $7,460.67 |
| 100 3110 | FRANKGECKER LLP 325 N. LaSalle Street Suite 625 Chicago, Illinois 60654 | Administrative | FIRST AND FINAL FEE APP | $0.00 | $22,365.00 | $22,365.00 |
| 100 3120 | FRANKGECKER LLP 325 N. LaSalle Street Suite 625 Chicago, Illinois 60654 | Administrative | FIRST AND FINAL FEE APP - EXPENSES | $0.00 | $214.65 | $214.65 |
| 100 2300 | INTERNATIONAL SURETIES LTD. Suite 420 701 Poydras Street New Orleans, LA 70139 | Administrative | | $0.00 | $30.78 | $30.78 |
| 2 300 5800 | STUART P SONDHEIMER 2630 LAUREL LANE WILMETTE, IL 60091 | Priority | | $0.00 | $1,800.00 | $1,800.00 |
| 4 300 5800 | JACKIE WYNN AND PAUL WYNN 2246 AVALON DRIVE BUFFALO GROVE, IL 60089 | Priority | | $0.00 | $2,850.00 | $2,850.00 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 17-10797  Date: August 9, 2018
Debtor Name: RICHARD REMIARD EVENT DESIGN LLC
Claims Bar Date:

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 5  280  5800 | ABOUT FACE DESIGNS, INC.  ATTN: ROBERT RICCIARDI  1510 OLD DEERFIELD RD., STE. 211  HIGHLAND PARK, IL 60035 | Priority | | $0.00 | $2,850.00 | $2,850.00 |
| See FN  101  4110 | CHASE  PO BOX 6026  MAILCODE IL 1-0054  CHICAGO, IL 60680 | Secured | CHASE has agreed, pursuant to 11 U.S.C. §506(c) to allow the Chapter 7 fees and expenses to be paid (See email dated _____ between trustee's counsel and CHASE. | $62,785.58 | $62,785.58 | $62,785.58 |
| 1  300  7100 | JONATHAN SCHEYER  12 SANGRE DE CRISTO DRIVE  DURHAM, NC 27705-919 | Unsecured | | $0.00 | $15,000.00 | $15,000.00 |
| 2  300  7100 | STUART P SONDHEIMER  2630 LAUREL LANE  WILMETTE, IL 60091 | Unsecured | | $0.00 | $20,200.00 | $20,200.00 |
| 3  300  7100 | PEOPLES GAS LIGHT & COKE COMPANY  200 EAST RANDOLPH STREET  CHICAGO, ILLINOIS 60601 | Unsecured | | $0.00 | $1,274.59 | $1,274.59 |
| 4  300  7100 | JACKIE WYNN AND PAUL WYNN  2246 AVALON DRIVE  BUFFALO GROVE, IL 60089 | Unsecured | | $0.00 | $10,150.00 | $10,150.00 |
| 5  300  7100 | ABOUT FACE DESIGNS, INC.  ATTN: ROBERT RICCIARDI  1510 OLD DEERFIELD RD., STE. 211  HIGHLAND PARK, IL 60035 | Unsecured | | $0.00 | $17,150.00 | $17,150.00 |
| | Case Totals | | | $62,785.58 | $193,868.86 | $193,868.86 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 17-10797
Case Name: RICHARD REMIARD EVENT DESIGN LLC
Trustee Name: Frances Gecker, Trustee

Balance on hand $ 61,458.72

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| See FN 3 | CHASE | $ 62,785.58 | $ 62,785.58 | $ 0.00 | $ 23,572.57 |

Total to be paid to secured creditors $ 23,572.57

Remaining Balance $ 37,886.15

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Frances Gecker | $ 7,460.67 | $ 0.00 | $ 7,460.67 |
| Attorney for Trustee Fees: FRANKGECKER LLP | $ 22,365.00 | $ 0.00 | $ 22,365.00 |
| Attorney for Trustee Expenses: FRANKGECKER LLP | $ 214.65 | $ 0.00 | $ 214.65 |
| Accountant for Trustee Fees: ALAN D. LASKO & ASSOCIATES P. C. | $ 7,796.20 | $ 0.00 | $ 7,796.20 |
| Accountant for Trustee Expenses: ALAN D. LASKO & ASSOCIATES P. C. | $ 49.63 | $ 0.00 | $ 49.63 |
| Auctioneer Expenses: AMERICAN AUCTION ASSOCIATES, INC. | $ 21,891.76 | $ 21,891.76 | $ 0.00 |
| Other: INTERNATIONAL SURETIES LTD. | $ 30.78 | $ 30.78 | $ 0.00 |

|  | Total to be paid for chapter 7 administrative expenses | $ | 37,886.15 |
|---|---|---|---|
|  | Remaining Balance | $ | 0.00 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 7,500.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 5 | ABOUT FACE DESIGNS, INC. | $ 2,850.00 | $ 0.00 | $ 0.00 |
| 2 | STUART P SONDHEIMER | $ 1,800.00 | $ 0.00 | $ 0.00 |
| 4 | JACKIE WYNN AND PAUL WYNN | $ 2,850.00 | $ 0.00 | $ 0.00 |

|  | Total to be paid to priority creditors | $ | 0.00 |
|---|---|---|---|
|  | Remaining Balance | $ | 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 63,774.59 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | JONATHAN SCHEYER | $ 15,000.00 | $ 0.00 | $ 0.00 |
| 2 | STUART P SONDHEIMER | $ 20,200.00 | $ 0.00 | $ 0.00 |
| 3 | PEOPLES GAS LIGHT & COKE COMPANY | $ 1,274.59 | $ 0.00 | $ 0.00 |
| 4 | JACKIE WYNN AND PAUL WYNN | $ 10,150.00 | $ 0.00 | $ 0.00 |
| 5 | ABOUT FACE DESIGNS, INC. | $ 17,150.00 | $ 0.00 | $ 0.00 |

Total to be paid to timely general unsecured creditors    $ 0.00

Remaining Balance    $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE