# UNITED STATES BANKRUPTCY COURT
NORTHERN **DISTRICT OF** ILLINOIS
EASTERN **DIVISION**

| | |
|---|---|
| In Re: § § | |
| RICHARD REMIARD EVENT DESIGN LLC § § § | Case No. 17-10797 |
| Debtor § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Frances Gecker, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 21,966.04 *(Without deducting any secured claims)* | Assets Exempt: 0.00 |
| Total Distributions to Claimants: 23,572.57 | Claims Discharged Without Payment: 254,833.33 |
| Total Expenses of Administration: 60,640.81 | |

3) Total gross receipts of $ 84,213.38 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 84,213.38 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 62,785.58 | $ 62,785.58 | $ 62,785.58 | $ 23,572.57 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 60,640.81 | 60,640.81 | 60,640.81 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | 7,500.00 | 7,500.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 249,958.74 | 63,774.59 | 63,774.59 | 0.00 |
| **TOTAL DISBURSEMENTS** | $ 312,744.32 | $ 194,700.98 | $ 194,700.98 | $ 84,213.38 |

4) This case was originally filed under chapter 7 on 04/05/2017 . The case was pending for 18 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 10/02/2018          By:/s/Frances Gecker, Trustee
                                            Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| CHECKING ACCOUNT - CHASE | 1129-000 | 1,083.38 |
| MISC. EVENT HOSTING INVENTORY AND SUPPLIES | 1129-000 | 80,596.00 |
| SAVINGS ACCOUNT - CHASE | 1129-000 | 34.00 |
| CASH | 1229-000 | 2,500.00 |
| **TOTAL GROSS RECEIPTS** | | **$84,213.38** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ NA** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | CHASE | 4110-000 | 62,785.58 | 62,785.58 | 62,785.58 | 23,572.57 |
| **TOTAL SECURED CLAIMS** | | | **$ 62,785.58** | **$ 62,785.58** | **$ 62,785.58** | **$ 23,572.57** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Frances Gecker | 2100-000 | NA | 7,460.67 | 7,460.67 | 7,460.67 |
| INTERNATIONAL SURETIES LTD. | 2300-000 | NA | 30.78 | 30.78 | 30.78 |
| Associated Bank | 2600-000 | NA | 832.12 | 832.12 | 832.12 |
| FRANKGECKER LLP | 3110-000 | NA | 22,365.00 | 22,365.00 | 22,365.00 |
| FRANKGECKER LLP | 3120-000 | NA | 214.65 | 214.65 | 214.65 |
| ALAN D. LASKO & ASSOCIATES P. C. | 3410-000 | NA | 7,796.20 | 7,796.20 | 7,796.20 |
| ALAN D. LASKO & ASSOCIATES P. C. | 3420-000 | NA | 49.63 | 49.63 | 49.63 |
| AMERICAN AUCTION ASSOCIATES, INC. | 3620-000 | NA | 21,891.76 | 21,891.76 | 21,891.76 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 60,640.81 | $ 60,640.81 | $ 60,640.81 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA: NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 5 | ABOUT FACE DESIGNS, INC. | 5800-000 | NA | 2,850.00 | 2,850.00 | 0.00 |
| 4 | JACKIE WYNN AND PAUL WYNN | 5800-000 | NA | 2,850.00 | 2,850.00 | 0.00 |
| 2 | STUART P SONDHEIMER | 5800-000 | NA | 1,800.00 | 1,800.00 | 0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ 7,500.00 | $ 7,500.00 | $ 0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | AJF WHOLESALE | | 294.50 | NA | NA | 0.00 |
| | AMANDA FACTOR | | 10,900.00 | NA | NA | 0.00 |
| | AMANDA WEINSTEIN | | 5,000.00 | NA | NA | 0.00 |
| | ARIANNA NAGARO | | 5,300.00 | NA | NA | 0.00 |
| | AT & T | | 0.00 | NA | NA | 0.00 |
| | BARBARA MOSS EVENTS | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | COMCAST | | 129.19 | NA | NA | 0.00 |
| | EMILY JAFFE | | 3,500.00 | NA | NA | 0.00 |
| | ERIN CONLON | | 7,000.00 | NA | NA | 0.00 |
| | HILARY GORDON | | 5,000.00 | NA | NA | 0.00 |
| | JEFF & DEBRA BRODY | | 4,000.00 | NA | NA | 0.00 |
| | JENNY CIZNER | | 8,000.00 | NA | NA | 0.00 |
| | KAREN SALMONSON | | 6,000.00 | NA | NA | 0.00 |
| | KENNICOTT BROTHERS | | 4,026.31 | NA | NA | 0.00 |
| | LINDSAY SCHWARTZ | | 5,600.00 | NA | NA | 0.00 |
| | LINDSAY STEIN | | 0.00 | NA | NA | 0.00 |
| | LYNDA ROSE | | 0.00 | NA | NA | 0.00 |
| | LYNDAL YAQUB/NEIL YANKE | | 7,800.00 | NA | NA | 0.00 |
| | MARNI LEVINE | | 28,000.00 | NA | NA | 0.00 |
| | MARNI ZELIKOW | | 15,210.00 | NA | NA | 0.00 |
| | MEGAN HICKEY | | 10,000.00 | NA | NA | 0.00 |
| | MERCEDES BENZ FINANCIAL SERVICES | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | MICHELLE STERN | | 14,500.00 | NA | NA | 0.00 |
| | MICRO EYE SECURITY | | 0.00 | NA | NA | 0.00 |
| | MICRO EYE SECURITY | | 0.00 | NA | NA | 0.00 |
| | MIDLAND PROPERTIES WESTERN LLC | | 2,663.45 | NA | NA | 0.00 |
| | NANCY EISENBERG | | 0.00 | NA | NA | 0.00 |
| | NATALIE SIMUNEK | | 8,500.00 | NA | NA | 0.00 |
| | PROPERTY ADVENTURES CORP | | 0.00 | NA | NA | 0.00 |
| | REBECCA ROBINSON | | 4,999.00 | NA | NA | 0.00 |
| | REPUBLIC SERVICES | | 136.29 | NA | NA | 0.00 |
| | SARAH J. ARENDT | | 20,000.00 | NA | NA | 0.00 |
| | SHANNON MURPHY | | 7,000.00 | NA | NA | 0.00 |
| 5 | ABOUT FACE DESIGNS, INC. | 7100-000 | 20,000.00 | 17,150.00 | 17,150.00 | 0.00 |
| 4 | JACKIE WYNN AND PAUL WYNN | 7100-000 | 9,400.00 | 10,150.00 | 10,150.00 | 0.00 |
| 1 | JONATHAN SCHEYER | 7100-000 | 15,000.00 | 15,000.00 | 15,000.00 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3 | PEOPLES GAS LIGHT & COKE COMPANY | 7100-000 | 0.00 | 1,274.59 | 1,274.59 | 0.00 |
| 2 | STUART P SONDHEIMER | 7100-000 | 22,000.00 | 20,200.00 | 20,200.00 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 249,958.74 | $ 63,774.59 | $ 63,774.59 | $ 0.00 |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Exhibit 8

| Case No: | 17-10797 | TAB | Judge: | Timothy A. Barnes | Trustee Name: | Frances Gecker, Trustee |
|---|---|---|---|---|---|---|
| Case Name: | RICHARD REMIARD EVENT DESIGN LLC | | | | Date Filed (f) or Converted (c): | 04/05/2017 (f) |
| | | | | | 341(a) Meeting Date: | 05/19/2017 |
| For Period Ending: | 10/02/2018 | | | | Claims Bar Date: | |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. CHECKING ACCOUNT - CHASE | 2,904.06 | 2,904.06 | | 1,083.38 | FA |
| 2. SAVINGS ACCOUNT - CHASE | 371.84 | 371.84 | | 34.00 | FA |
| 3. DEPOSITS FOR LEASE - PAULINA STORE | 3,937.50 | 3,937.50 | | 0.00 | FA |
| 4. DEPOSITS FOR LEASE - WESTERN STORAGE | 2,628.54 | 2,628.54 | | 0.00 | FA |
| 5. MISC. EVENT HOSTING INVENTORY AND SUPPLIES | 110,000.00 | 110,000.00 | | 80,596.00 | FA |
| 6. OFFICE AND SHOWROOM FURNITURE | 1,600.00 | 1,600.00 | | 0.00 | FA |
| 7. STUDIO PROPS FOR EVENTS | 1,200.00 | 1,200.00 | | 0.00 | FA |
| 8. MISC. TOOLS | 200.00 | 200.00 | | 0.00 | FA |
| 9. SHELVING, CARTS, WHEELS | 4,800.00 | 4,800.00 | | 0.00 | FA |
| 10. AIR CONDITIONER | 300.00 | 300.00 | | 0.00 | FA |
| 11. APPLIANCES | 500.00 | 500.00 | | 0.00 | FA |
| 12. COMPUTERS | 1,600.00 | 1,600.00 | | 0.00 | FA |
| 13. CAMERAS | 1,000.00 | 1,000.00 | | 0.00 | FA |
| 14. COOLER | 1,700.00 | 1,700.00 | | 0.00 | FA |
| 15. IPHOTO WITH LIBRARY | 2,500.00 | 2,500.00 | | 0.00 | FA |
| 16. CASH (u) | 0.00 | 2,500.00 | | 2,500.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $135,241.94 | $137,741.94 | | $84,213.38 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

UST Form 101-7-TDR (10/1/2010) *(Page: 9)*

7/19/18 - TRUSTEE HAS SUBMITTED A TFR FOR REVIEW AND FILING.

6/28/18 - TRUSTEE'S ACCOUNTANT HAS RECTIFIED THE IRS'S CONCERN OVER THE FINAL TAX RETURNS.

4/2/18 - TRUSTEE IS REVIEWING CLAIMS.

3/30/18 - TRUSTEE'S ACCOUNTANT PREPARED TAX RETURNS AND IS AWAITING APPROVAL OF 505(b) REQUEST.

Exhibit 8

Initial Projected Date of Final Report (TFR): 12/31/2017      Current Projected Date of Final Report (TFR): 07/01/2018

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: 17-10797 | Trustee Name: | Frances Gecker, Trustee |
| Case Name: RICHARD REMIARD EVENT DESIGN LLC | Bank Name: | Associated Bank |
| | Account Number/CD#: | XXXXXX2176 |
| | | Checking |
| Taxpayer ID No: XX-XXX9611 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: 10/02/2018 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| 04/20/17 | 1 | RICHARD REMIARD DESIGN<br>451 N. PAULINA ST.<br>CHICAGO, IL 60622 | CHECKING ACCOUNT - Asset No. 1 | 1129-000 | $1,083.38 | | $1,083.38 |
| 05/08/17 | 16 | Brandt McCool<br>Richard Remiard Event Design | CASH ON HAND | 1229-000 | $2,500.00 | | $3,583.38 |
| 06/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $3,573.38 |
| 07/10/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $3,563.38 |
| 08/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $3,553.38 |
| 08/10/17 | 5 | HEALTH INDUSTRIAL AUCTION SERVICES<br>508 W. BRITTANY DRIVE<br>ARLINGTON HEIGHTS, IL 60004 | Auction proceeds | 1129-000 | $80,179.00 | | $83,732.38 |
| 08/22/17 | 5001 | AMERICAN AUCTION ASSOCIATES, INC.<br>508 W. Brittany Drive<br>Arlington Heights, IL 60004 | Expenses for Auctioneer; Order dated 8/22/17 | 3620-000 | | $21,891.76 | $61,840.62 |
| 08/28/17 | 2 | Cash Deposit | SAVINGS ACCOUNT | 1129-000 | $34.00 | | $61,874.62 |
| 09/08/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $86.71 | $61,787.91 |
| 10/06/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $88.90 | $61,699.01 |
| 11/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $91.72 | $61,607.29 |
| 12/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $88.64 | $61,518.65 |

| | | Page Subtotals: | | | $83,796.38 | $22,277.73 |

UST Form 101-7-TDR (10/1/2010) *(Page: 11)*

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 17-10797 | Trustee Name: | Frances Gecker, Trustee |
| Case Name: | RICHARD REMIARD EVENT DESIGN LLC | Bank Name: | Associated Bank |
| | | Account Number/CD#: | XXXXXX2176 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX9611 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 10/02/2018 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/08/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $91.46 | $61,427.19 |
| 01/19/18 | 5 | AMERICAN AUCTION ASSOCIATES, INC.<br>508 W. BRITTANY DRIVE<br>ARLINGTON HEIGHTS, IL 60004 | Sale of Asset No. 5 | 1129-000 | $417.00 | | $61,844.19 |
| 02/07/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $91.59 | $61,752.60 |
| 02/12/18 | 5002 | INTERNATIONAL SURETIES LTD.<br>Suite 420<br>701 Poydras Street<br>New Orleans, LA 70139 | Bond No. 016073584 | 2300-000 | | $30.78 | $61,721.82 |
| 03/07/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $82.91 | $61,638.91 |
| 04/06/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $91.64 | $61,547.27 |
| 05/07/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $88.55 | $61,458.72 |
| 09/20/18 | 5003 | Frances Gecker<br>FRANKGECKER LLP<br>325 N. LaSalle Street, Suite 625<br>Chicago, IL 60654 | Final distribution representing a payment of 100.00 % per court order. | 2100-000 | | $7,460.67 | $53,998.05 |
| 09/20/18 | 5004 | FRANKGECKER LLP<br>325 N. LaSalle Street<br>Suite 625<br>Chicago, Illinois 60654 | Distribution | | | $22,579.65 | $31,418.40 |
| | | FRANKGECKER LLP | Final distribution representing a payment of 100.00 % per court order. | ($22,365.00) | 3110-000 | | |
| | | FRANKGECKER LLP | Final distribution representing a payment of 100.00 % per court order. | ($214.65) | 3120-000 | | |

Page Subtotals: $417.00  $30,517.25

UST Form 101-7-TDR (10/1/2010) (Page: 12)

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 17-10797
Case Name: RICHARD REMIARD EVENT DESIGN LLC
Taxpayer ID No: XX-XXX9611
For Period Ending: 10/02/2018

Trustee Name: Frances Gecker, Trustee
Bank Name: Associated Bank
Account Number/CD#: XXXXXX2176
Checking
Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 09/20/18 | 5005 | ALAN D. LASKO & ASSOCIATES P. C. 205 W. Randolph Street Suite 1150 Chicago, IL 60606 | Distribution | | | $7,845.83 | $23,572.57 |
| | | ALAN D. LASKO & ASSOCIATES P. C. | Final distribution representing a payment of 100.00 % per court order.    ($7,796.20) | 3410-000 | | | |
| | | ALAN D. LASKO & ASSOCIATES P. C. | Final distribution representing a payment of 100.00 % per court order.    ($49.63) | 3420-000 | | | |
| 09/20/18 | 5006 | CHASE PO BOX 6026 MAILCODE IL 1-0054 CHICAGO, IL 60680 | Final distribution representing a payment of 37.54 % per court order. | 4110-000 | | $23,572.57 | $0.00 |

|  |  |  |
|---|---:|---:|
| COLUMN TOTALS | $84,213.38 | $84,213.38 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $84,213.38 | $84,213.38 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $84,213.38 | $84,213.38 |

UST Form 101-7-TDR (10/1/2010) *(Page: 13)*

Page Subtotals: $0.00   $31,418.40

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX2176 - Checking | $84,213.38 | $84,213.38 | $0.00 |
|  | $84,213.38 | $84,213.38 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $84,213.38 |
| Total Gross Receipts: | $84,213.38 |